|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |
| 3 | * * * | |

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL KOZLOWSKI,

        Defendant.

Case No. 2:03-cr-00341-RCJ-RJJ

**ORDER**

    Based on the above points and authorities and good cause appearing therefore, the **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** is hereby granted.

    **IT IS HEREBY ORDERED** that the term of supervised release be terminated.

Dated this 20th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

4